CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 3 0 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:04CR30016 |
| | ) | (Case No. 5:08CV80028) |
| v. | ) | |
| | ) | **FINAL JUDGMENT AND ORDER** |
| GAESON LEE MURRAY, | ) | |
| | ) | **By:  Hon. Glen E. Conrad** |
| Defendant. | ) | **United States District Judge** |

For reasons stated in a memorandum opinion filed this day, it is now

ADJUDGED AND ORDERED

as follows:

    1.    Defendant's objections to the magistrate judge's report and recommendation shall be, and hereby are, overruled, and the report and recommendation is adopted in its entirety;

    2.    Defendant's claims under 28 U.S.C. § 2255 as addressed in the report and recommendation shall be, and hereby are, dismissed;

    3.    Upon de novo review of the record, defendant's modified claim that counsel failed to advise him of a favorable plea agreement offer is dismissed; and

    4.    Inasmuch as the court has dismissed all of the claims raised by defendant, this matter shall be, and hereby is, stricken from the active docket of the court.

The Clerk is directed to send certified copies of this judgment and order to the defendant and all counsel of record.

ENTER this 30th day of April, 2009.

_____
United States District Judge